THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIRK WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CYNTHIA SAMPSON and<br>SHORELINE POLICE<br>DEPARTMENT,<br><br>　　　　Defendants. | CASE NO. C17-0092-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　Defendants have filed a reply (Dkt. No. 11) in support of their motion to dismiss (Dkt. No. 5). The reply brief is also a motion for summary judgment. Accordingly, the Clerk is DIRECTED to convert the reply brief (Dkt. No. 11) into a motion and note the motion for Friday, March 24, 2017. Plaintiff's response brief is due on Monday, March 20, 2017.

　　　The Clerk is further DIRECTED to renote the motion to dismiss (Dkt. No. 5) for Friday March 24, 2017 so that the motions can be resolved together. That motion is fully briefed, however, and Plaintiff shall not submit further response as to that motion.

　　　//

　　　//

1     DATED this 2nd day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
