THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIRK WILLIAMS,<br><br>        Plaintiff,<br><br>  v.<br><br>CYNTHIA SAMPSON and<br>SHORELINE POLICE<br>DEPARTMENT,<br><br>        Defendants. | CASE NO. C17-0092-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Kirk Williams's motion to extend time (Dkt. No. 21). Williams explains that his access to the prison law library has been restricted and requests a two-week extension. (*Id.* at 1.) The Court interprets this as a request to extend the deadlines to file the briefs responsive to Defendants' motion to quash (Dkt. No. 10) and motion for summary judgment (Dkt. No. 11). **The motion for extension (Dkt. No. 21) is GRANTED.**

Williams's response to the motion to quash (Dkt. No. 10) was due on March 13, 2017. With a two-week extension, Williams's response is now due Monday, March 27, 2017. **Accordingly, the motion to quash (Dkt. No. 10) is RENOTED for Friday, March 31, 2017.**

Williams's response to the motion for summary judgment (Dkt. No. 11) is due Monday,

MINUTE ORDER C17-0092-JCC
PAGE - 1

March 20, 2017. With a two-week extension, Williams's response is now due Monday, April 3, 2017. **Accordingly, the motion for summary judgment (Dkt. No. 11) is RENOTED for Friday, April 7, 2017.**

Defendants' motion to dismiss (Dkt. No. 5) is fully briefed and no response from Williams is due. (*See* Dkt. No. 15.) Thus, there shall be no extension as to that motion. However, given the nature of the briefing, namely that Defendants' reply brief was also in effect a motion for summary judgment (Dkt. No. 11), those two motions shall be decided together. **Accordingly, the motion to dismiss (Dkt. No. 5) is also RENOTED for Friday, April 7, 2017.**

Also pending is Williams's motion to compel (Dkt. No. 22). This motion must be resolved before the Court can consider the motion for summary judgment, and both motions are noted for the same day. Thus, there shall be no extension of time for Williams to file his reply brief on that motion. Defendants' response brief is due Monday, April 3, 2017. Williams's reply brief is due Friday, April 7, 2017.

No further extensions shall be granted absent extraordinary circumstances.

**The Clerk is DIRECTED to send a copy of this order to Williams.**

DATED this 20th day of March 2017.

<u>William M. McCool</u>
Clerk of Court

s/Paula McNabb
Deputy Clerk